matter whether contractual relations existed between them or not", McFall v. Compagnie Maritime Belge (Lloyd Royal) S.A., 304 N.Y. 314, 107 N.E.2d 463, 472, quoting Oceanic Steam Navigation Co. v. Compania Transatlantica Espanola, 134 N.Y. 461, 31 N.E. 987; or that an "actively negligent tortfeasor * * * is held responsible for his negligent act not only to the person directly injured thereby, but also to any other person indirectly harmed by being cast in damages by operation of law for the wrongful act." States S.S. Co. v. Rothschild International Stevedoring Co., 9 Cir., 205 F.2d 253, 256. See also "Remoteness and Duty: The Control Devices in Liability for Negligence," 31 Canadian Bar Rev., May 1953, pp. 471–502; "Scope of Duty in Negligence Cases", 47 Northwestern University Law Rev., Jan.-Feb. 1953, pp. 778–816. Staples and Stinchcomb are in consonance with this modern concept of tort liability and I would not hesitate to follow them.

Mart Brown, Oklahoma City, Okl., for appellees.

Before MURRAH, PICKETT and LEWIS, Circuit Judges.

PICKETT, Circuit Judge.

The plaintiff Insurance Company was required by the Oklahoma Workmen's Compensation Act 85 O.S.1951 § 1 et seq. to pay death benefits to the dependents of an employee who was killed solely as a result of the negligence of the defendant. It brought this action alleging that it was entitled to be indemnified by the defendant for the amounts paid. The trial court denied relief.

The same questions were presented in the case of Lee Way Motor Freight, Inc., v. Yellow Transit Freight Lines, Inc., 10 Cir., 251 F.2d 97. For the reasons stated in the opinion filed in that case, judgment is affirmed.

MURRAH, Circuit Judge, dissents for the reasons stated in his dissenting opinion in Lee Way Motor Freight, Inc., v. Yellow Transit Freight Lines, Inc., 10 Cir., 251 F.2d 101.

HARTFORD ACCIDENT AND INDEMNITY COMPANY, a corporation, Appellant,

v.

ROWLAND OIL COMPANY, a corporation, and General Drilling Company, a corporation, Appellees.

No. 5637.

United States Court of Appeals
Tenth Circuit.

Dec. 10, 1957.

Charles S. HUNT, Appellant,

v.

Howard H. BRADSHAW, Appellee.

No. 7518.

United States Court of Appeals
Fourth Circuit.

Argued Nov. 19, 1957.

Decided Jan. 6, 1958.

Edgar Fenton, Oklahoma City, Okl. (Elliott C. Fenton, Oklahoma City, Okl., on the brief), for appellant.